# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00649-CV

**Patricia Perez, Appellant**

**v.**

**Salt Financial Services, LLC, Appellee**

### FROM THE COUNTY COURT OF LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-14-004318, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 9, 2014, the Clerk of this Court sent notice to appellant Patricia Perez that her brief was due on December 4, 2014, and was overdue, and that if she failed to file a brief, this Court would dismiss her appeal for want of prosecution. The Clerk also notified Perez that her appeal would be dismissed for want of prosecution if she did not respond to this Court by December 19, 2014. To date, Perez has not responded to this Court's notice and has not filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   January 28, 2015